

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
12/04/2019

IN RE: §
ELISA  CASTROLUGO §          CASE NO: 19-36089
    Debtor(s) §
§          CHAPTER  7

**ORDER**
**RE-SETTING HEARING**

The hearing on Order for Initial Hearing and Compelling Attendance, ECF No. 20, currently scheduled for December 17, 2019 is **hereby re-set to DECEMBER 17, 2019 AT 8:30 A.M.,** United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #402, 515 Rusk Street, Houston, Texas, 77002,

SIGNED 12/04/2019.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge