

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
02/05/2020

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 19-36089 |
| ELISA CASTROLUGO, | § | |
| DEBTOR | § | CHAPTER 7 |
| | § | |
| USAA FEDERAL SAVINGS BANK, ITS | § | |
| SUCCESSORS IN INTEREST AND/OR | § | |
| ASSIGNS, MOVANT | § | |
| | § | |
| VS. | § | HEARING ON MOTION |
| | § | TO LIFT STAY |
| | § | February 10, 2020 |
| | § | |
| ELISA CASTROLUGO | § | |
| DEBTOR, AND RANDY W WILLIAMS, | § | |
| CHAPTER 7 TRUSTEE, RESPONDENTS | § | |
| | § | TIME:  1:30 PM |

**ORDER TERMINATING STAY AS TO**
**1342 NASHUA STREET, HOUSTON, TX 77008**
<u>**(DOCKET NO. 33)**</u>

On this date, came on to be heard Movant, Nationstar Mortgage LLC as mortgage servicer for USAA FEDERAL SAVINGS BANK's Motion for Relief from Automatic Stay.  All parties announced to the Court that an Agreement had been reached.  Pursuant to that Agreement:

IT IS ORDERED THAT the Automatic Stay of 11 U.S.C.§362 is hereby terminated as to Movant, its successors in interest and assignees, so that Movant may proceed to foreclose its lien (subject to the provisions of this Order) and pursue its statutory and contractual remedies pursuant to the terms of the Deed of Trust in order to gain possession of the real property described as:

> LOT NINE HUNDRED EIGHTY-SIX (986), OF THE HEIGHTS ANNEX, AN
> ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT
> THEREOF RECORDED IN VOLUME 5, PAGE 34 OF THE MAP RECORDS OF
> HARRIS COUNTY, TEXAS
> ("the Property")

IT IS FURTHER ORDERED that all communications including but, not limited to, notices required by state law, sent by Movant, its successors in interest and assignees, in connection with proceeding against the Property may be sent directly to the Debtor; provided, however copies shall be sent to the Trustee.

IT IS FURTHER ORDERED that Movant can take any and all action to foreclose on its lien, provided that Movant may not post the Property for sale for ninety (90) days after the entry of this Order.

IT IS FURTHER ORDERED that all outstanding liens are to be paid in full upon the sale of the Property by the Chapter 7 Trustee, unless expressly agreed in writing by Movant. If the proceeds are not sufficient to pay all liens in full at closing ad Movant has not expressly agreed in writing to a short sale, the sale shall not close.

IT IS FURTHER ORDERED that the fourteen-day provision of Federal Bankruptcy Rule 4001 (a)(3) is waived and Movant, its successors in interest and assignees, may immediately implement and enforce this order. It is further

Signed: February 05, 2020

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

APPROVED AS TO FORM AND CONTENT:             NO OPPOSITION

*/s/ H. Gray Burks*
Grant M. Tabor
State Bar No.: 24027905
E-mail: gtabor@logs.com
H. Gray Burks, IV
State Bar No. 03418320
Email: gburks@logs.com
Shapiro Schwartz, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone: (713) 462-2565
Facsimile: (847) 879-4856
Attorneys for Nationstar Mortgage LLC

*/s/ Marc Douglas Myers*
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, TX 77063
Telephone: (713) 626-1200
Facsimile: (713) 623-6014
mmyers@rossbank.com
Counsel for the Chapter 7 Trustee

*/s/ Elisa Castrolugo*
Elisa Castrolugo
Pro Se Debtor/ Attorney Pro Hac Vice
SBOT #24040662
12003 Oak Cluster East
Magnolia, TX 77354
Pro Se Debtor